Zachary Z. Zermay (SBN 330221)
zach@zennaylaw.com
ZERMAY LAW, P.A.
3000 Coral Way, Suite 1115
Coral Gables, FL 33145
Telephone: (305) 767-3529
Facsimile: (844) 894-6204

Ryan L. McBride, Esq. (SBN 297557)
ryan@kazlg.com
Jonathan Gil, Esq. (SBN 347431)
jonatha@kaz1g.com
KAZEROUNI LAW GROUP, APC
2221 Camino Del Rio S, Suite 101
San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Attorneys for Plaintiff,
Karl Perman and the Putative Classes

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karl Perman, individually, and on behalf of all others similarly situated;<br>　　　　　Plaintiff,<br>　　v.<br>Passage Health International, "L.L.C." d/b/a International Billing Office;<br>　　　　　Defendant. | Case No.: 2:24-cv-02115<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS**<br><br>Complaint filed on March 14, 2024<br>Current Response due on June 24, 2024 |

　　Plaintiff Karl Perman ("Plaintiff") and Specially Appearing Defendant Passage Health International, "L.L.C" dba International Billing Office ("Defendant") have settled the above referenced matter. The parties request the Court enter a stay of the

1
CERTIFICATE OF SERVICE

proceedings for 45 days to allow the parties to execute a settlement agreement and file a request for dismissal.

| | |
|---|---|
| Date: June 24, 2024 | Date: June 24, 2024 |
| Kazerouni Law Group | LITCHFIELD CAVO LLP |
| */s/ Ryan McBride* <br> Ryan McBride | */s/ Alexandria K. Hobson* <br> Alexandria K. Hobson |
| *Attorneys for Plaintiff,* <br> Karl Perman | *Attorneys for Specially Appearing Defendant,* <br> Passage Health International, "L.L.C" dba International Billing Office |